# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>R.J. FITZGERALD & CO., INC., RAYMOND FITZGERALD, LEIZA FITZGERALD, GREG BURNETT, AL CORINGRATO, and CHUCK KOWALSKI,<br>　　　　　　　Defendants. | Civil Docket No. 99-1558 CIV-T-23F |

## PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S MOTION FOR THE ADMISSION OF CFTC REPARATION COMPLAINTS

Plaintiff Commodity Futures Trading Commission respectfully requests that the Court admit Government's Exhibits 110, 111, 112, 113, and 228[1] which consist of Reparation Complaints filed with the Commodity Futures Trading Commission. The Plaintiff is not offering these documents for the truth of the matter asserted within, but to prove that a complaint was made against Defendant R. J. Fitzgerald & Co., Inc.

The Plaintiff has attached a duplicate of the Certification of Tempest S. Thomas, Proceedings Clerk of the Commodity Futures Trading Commission which attests that Exhibits 110, 111, 112, 113, and 228 are true and correct copies of reparations complaints filed against R. J. Fitzgerald & Company, Inc. These exhibits are self-authenticating

---

[1] Exhibit 110 contains the Reparations Complaint of Michael Pelch, Docket No. 94-R033; Exhibit 111 contains the Reparations Complaint of Milton Ehrlich, Docket No. 97-R092; Exhibit 112 contains the Reparations Complaint of James J. Kelley, Docket No. 98-R087; Exhibit 113 contains the Reparations Complaint of Daniel Metz, Docket No. 98-R201; Exhibit 228 contains the Reparations Complaint of Linda C. Ralston, Docket No. 98-R201.



under Federal Rule of Evidence 902(4) as they are certified copies of "an official record or report or entry therein, or of a document authorized by law to be recorded or filed and actually recorded or filed in a public office . . . certified as correct by the custodian . . . authorized to make the certification, by certificate complying with paragraph (1) . . . of this rule . . . " Fed. R. Evid. 902(4). The Certification of Tempest Thomas satisfies Federal Rule of Evidence 902(1) as it is a domestic public document bearing the seal of the United States Commodity Futures Trading Commission and the signature of the Proceedings Clerk attesting to the authenticity of the documents.

As noted above, any objections as to Federal Rule of Evidence 802 are irrelevant as Plaintiff is not proffering the documents for the truth of the matter contained within, rather to prove that a reparations complaint was filed with the Commodity Futures Trading Commission.

Based on the foregoing, Plaintiff respectfully requests that the Court admits Exhibits 110, 111, 112, 113, and 228.

Respectfully submitted,

Stephen M. Humenik
Joan M. Manley
David A. Reed
Attorneys for the Plaintiff
   Commodity Futures Trading
   Commission
(202) 418-5353
(202) 418-5538 (fax)

Dated: March 8, 2001

2

## CERTIFICATE OF SERVICE

I certify that on March 8, 2001 a copy of PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S MOTION FOR THE ADMISSION OF CFTC REPARATION COMPLAINTS Into Evidence was served on Constantine John Gekas, attorney for Defendants, R.J. Fitzgerald & Co., Inc.; Raymond Fitzgerald, Leiza Fitzgerald, Greg Burnett, and Chuck Kowalski by hand-delivery.

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581



OFFICE OF
PROCEEDINGS

# CERTIFICATION

I, Tempest S. Thomas, do hereby certify that I am the Proceedings Clerk of the Commodity Futures Trading Commission, an independent regulatory agency of the United States Government; have authority to maintain the Seal of the agency; that in that capacity I am the custodian of and am familiar with the Official public documents of this Commission; that the annexed and foregoing are true and correct copies of the reparations complaints filed against R. J. Fitzgerald & Company, Inc., in the following cases, CFTC Docket Nos., 94-R033, 97-R092, 98-R087, 98-R123, 98-R201, 98-R203, 99-R012, 99-R051 and 00-R037.

In testimony whereof I
have hereunto caused the
Seal of the Commodity
Futures Trading Commission
to be affixed and my name
subscribed in the District
of Columbia this 21st
day of December, 2000.

William J. Rainer, Chairman

BY: *Tempest S. Thomas*
Tempest S. Thomas
Proceedings Clerk

