UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

           Plaintiff,

v.                                        Case No. 8:99-cv-1558-T-MSS

R.J. FITZGERALD & CO., *et al.*,

           Defendants.
_____/

## ORDER

THIS CAUSE is before the Court for consideration of Defendants' Motion to Require Plaintiff to Show Cause Why Case Should Not be Dismissed for Want of Prosecution (Dkt. 302) and Plaintiff's response in opposition thereto (Dkt. 303), as well as Plaintiff's Motion to Set Status Conference (Dkt. 304) and Defendants' response thereto (Dkt. 305).

For the reasons set forth in Plaintiff's response, Defendants have not met the standard necessary to warrant the issuance of a show cause order, accordingly, Defendants' Motion to Show Cause Why Case Should Not be Dismissed for Want of Prosecution (Dkt. 302) is **DENIED**.

Plaintiff's request that the Court set a Status Conference (Dkt. 304) in this case so that "the Court and the parties may discuss how to most expeditiously comply with the order for remand" is **GRANTED**. A Status Conference is set for Tuesday, December 13, 2005 at

10:00 a.m. in Courtroom 10A. Each party shall bear their own costs and fees for the filing of and responses to the motions addressed in this Order.

**DONE and ORDERED** in Tampa, Florida on this 28 day of October 2005.

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record