**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

v.                                            **Case No.: 8:99-cv-1558-T-MSS**

**R.J. FITZGERALD & CO., *et al.*,**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court for consideration of Plaintiff and Defendant, Ms. Leiza Fitzgerald's Joint Motion to Continue Evidentiary Hearing Regarding Leiza Fitzgerald for Purposes of Facilitating the Proposed Settlement (Dkt. 341); Defendants, R.J. Fitzgerald & Co. and Mr. Raymond Fitzgerald's (the Defendants") Motion to Continue Sanctions Hearing and Pre-Hearing Filing Dates Pending Settlement Approval (Dkt. 342); and, Defendants' Motion for Immediate Telephonic Conference on Their Motion to Continue Sanctions Hearing and to Permit Defense Counsel to Appear by Telephone (Dkt. 343).

An Evidentiary Hearing is scheduled before the Undersigned in this case beginning on June 6, 2006. Plaintiff informs the Court that it has reached a proposed settlement with Defendant, Ms. Leiza Fitzgerald. That proposed settlement must be reviewed and approved in writing by the appropriate person(s) at the Commodity Futures Trading Commission. Plaintiff states that the approval process

will take approximately sixty (60) days.  Pending this approval, Plaintiff asks that its claims against Ms. Fitzgerald be removed from the trial calendar and that any evidentiary hearing as to Ms. Fitzgerald be continued.

In response, Defendants filed a motion asking the Court to continue the Evidentiary Hearing (along with related filing deadlines) in its entirety for ninety (90) days in order to allow Plaintiff to secure approval of the proposed settlement agreement with Ms. Fitzgerald.  In support of this request, Defendants state that if the Joint Motion to Continue Evidentiary Hearing Regarding Leiza Fitzgerald for Purposes of Facilitating the Proposed Settlement is granted, it raises the possibility that the Undersigned may have to hold two evidentiary hearings, one in June 2006 for Defendants and another at a later for Ms. Fitzgerald if her proposed settlement is not approved.  Defendants further inform the Court that counsel for Ms. Fitzgerald and Plaintiff do not object to the ninety (90) day extension requested. By separate Motion, Defendants ask the Court for an immediate telephone conference to discuss the continuance.

Having reviewed the parties respective filings, the Court finds that the Evidentiary Hearing scheduled to begin on June 6, 2006, should be continued for ninety (90) days to allow Plaintiff to finalize and secure approval for its proposed settlement with Ms. Fitzgerald.  During this ninety (90) day extension, Plaintiff and the remaining Defendants shall also continue to negotiate toward settlement.  The parties will be advised of the new date for the Evidentiary Hearing (with related filing

deadlines) and the date for any additional status hearing the Court finds necessary by separate order. Accordingly, it is **ORDERED** that:

1. The Joint Motion to Continue Evidentiary Hearing Regarding Leiza Fitzgerald for Purposes of Facilitating the Proposed Settlement (Dkt. 341) is **DENIED as MOOT**;

2. Defendants' Motion to Continue Sanctions Hearing and Pre-Hearing Filing Dates Pending Settlement Approval (Dkt. 342) is **GRANTED**; and,

3. Defendants' Motion for Immediate Telephonic Conference on Their Motion to Continue Sanctions Hearing and to Permit Defense Counsel to Appear by Telephone (Dkt. 343) is **DENIED as MOOT**.

**DONE and ORDERED** in Tampa, Florida on this 25th day of May 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record