**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

v.                                          Case No.:  8:99-cv-1558-T-MSS

**R.J. FITZGERALD & CO.,** *et al.*,

        **Defendants.**
_____/

## ORDER

**This cause** comes on for consideration of Defendants' Joint Motion (Dkt. 349) to reschedule the Sanctions Hearing now set to begin on August 21, 2006. The Court has granted previously a motion to reschedule the Sanctions Hearing (Dkt. 342), to allow Plaintiff and Defendant, Ms. Leiza Fitzgerald to finalize a proposed settlement agreement.  To date, however, approval for Ms. Fitzgerald's proposed settlement agreement is still pending.  Therefore, Defendants are again asking the Court to reschedule the Sanctions Hearing; the request is unopposed.

Defendants' Motion (Dkt. 349) is **GRANTED**. The Sanctions Hearing will now begin on Monday, October 2, 2006, at 9:30 am at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, 10th Floor in Courtroom 10A.  Based on the above, parties' respective proposed Findings of Fact and Conclusions of Law will now be due to Chambers no later than 5:00 pm on Monday,

September 18, 2006.[1]

**DONE and ORDERED** in Tampa, Florida on this 4th day of August 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:  Counsel of Record

---

[1] Based on the above, Dockets 347 and 348 are **DENIED as MOOT**.